# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Robert Lyle Hitt,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioners, | ) | 1:14-cv-00187-MR |
| | ) | 1:11-cr-00107-MR-DLH |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2014 Order.

October 29, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court